1  ROBERT W. RAINWATER, CA. Bar No. 67212
   Rainwater Law Group
2  Designated Counsel for Service
   1430 Willamette Street, Suite 492
3  Eugene, Oregon 97401-4049
   Telephone: (541) 344-1785
4
   Counsel for Defendant
5  TRENT MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-0221 OWW |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | STIPULATION TO CONTINUE MR. MILLER'S |
| v. | ) | SENTENCING HEARING, AND ORDER |
| | ) | THEREON |
| RODOLFO MALLARI PAGSANJAN, | ) | |
|     aka Rudy Pagsanjan | ) | |
| MASOUD MIRHADI, | ) | Date:   April 6, 2009 |
|     aka Mike Mirhadi, and | ) | Time:   1:30  p.m. |
| TRENT MILLER, | ) | Judge: Honorable Oliver W. Wanger |
| | ) | |
| *Defendant*s. | ) | |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the sentencing hearing in Mr. Miller's case, previously set for March 23, 2009, be continued to **April 6, 2009, at 1:30 p.m.**

The reason for this continuance is to allow counsel for the defendant Miller time for further preparation. Both parties have agreed to the above time and date for the sentencing hearing as to Mr. Miller only.

|   |   |
|---|---|
|   | Lawrence G. Brown<br>Acting United States Attorney |
| DATED: February 23, 2009 | By: /s/ Marlon Cobar<br>MARLON COBAR<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: February 23, 2009 | By: /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Attorney for Defendant<br>TRENT MILLER |

**ORDER**

IT IS SO ORDERED.  For the reasons stated above, the court finds that the ends of justice are served by a continuance of the sentencing hearing.

IT IS SO ORDERED.

**Dated:   February 23, 2009**          /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE